| 1. Person Reporting (last name, first, middle initial)<br><br>Hammond, Mary E. | 2. Court or Organization<br><br>US BANKRUPTCY COURT - NORTHERN DISTRICT OF CALIFORNIA | 3. Date of Report<br><br>06/05/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>BANKRUPTCY JUDGE (FULL-TIME) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>1300 CLAY STREET<br>COURTROOM 215<br>OAKLAND, CA 94612 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2013 | SALARY AT APPLE, INC. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | National Conference of Bankruptcy Judges | 04/08/13 - 04/09/13 | Phoenix, AZ | Meeting of US Judicial Conference or committees | Transportation, Meals & Lodging |
| 2. | California Bankruptcy Forum | 05/17/13 - 05/19/13 | San Diego, CA | Educational Seminar | Transportation, Meals & Lodging |
| 3. | National Conference of Bankruptcy Judges | 10/29/13 - 11/02/13 | Atlanta, GA | Meeting of US Judicial Conference or committees | Transportation, Meals & Lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 06/05/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 06/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WELLS FARGO CHECKING ACCOUNT | A | Interest | J | T | | | | | |
| 2. WELLS FARGO SAVINGS ACCOUNT | A | Interest | K | T | | | | | |
| 3. AAPL (COMMON) | D | Int./Div. | O | T | Sold (part) | 02/12/13 | K | D | |
| 4. | | | | | Sold (part) | 02/28/13 | K | A | |
| 5. | | | | | Sold (part) | 05/31/13 | M | B | |
| 6. | | | | | Sold (part) | 11/01/13 | K | C | |
| 7. 401K #1 | D | Dividend | O | T | | | | | |
| 8. - VANGUARD WINDSOR II ADM | | | | | | | | | |
| 9. - VANGUARD INSTITUTIONAL INDEX INSTL PL | | | | | | | | | |
| 10. - FIDELITY CONTRAFUND | | | | | | | | | |
| 11. - NUVEEN NWQ SMALL CAP VALUE I | | | | | | | | | |
| 12. - VANGUARD EXTENDED MARKET INDEX INSTL PL | | | | | | | | | |
| 13. - WELLS FARGO ADVANTAGE DISCOVERY INSTL | | | | | | | | | |
| 14. - VANGUARD TOTAL INTERNATIONAL STOCK INDEX INSTITUTIONAL | | | | | | | | | |
| 15. - DODGE & COX INTERNATIONAL STOCK | | | | | | | | | |
| 16. - ING CLARION GLOBAL REAL ESTATE SECURITIES | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 06/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. IRA #1 | A | Dividend | K | T | | | | | |
| 18. - COLUMBIA ACORN CLASS Z | | | | | | | | | |
| 19. - FIDELITY CANADA | | | | | | | | | |
| 20. - MERIDIAN CONTRARIAN FUND formerly known as MERIDIAN VALUE FUND | | | | | | | | | |
| 21. - MATTHEWS INDIA FUND | | | | | | | | | |
| 22. - FIDELITY CASH RESERVES | | | | | | | | | |
| 23. IRA #2 | A | Dividend | L | T | | | | | |
| 24. - CLIPPER | | | | | | | | | |
| 25. - FIDELITY REAL ESTATE INVESTMENT | | | | | | | | | |
| 26. - RBC MICROCAP VALUE FUND CL S | | | | | | | | | |
| 27. - FIDELITY CASH RESERVES | | | | | | | | | |
| 28. IRA #3 | C | Dividend | L | T | | | | | |
| 29. - FIDELITY STOCK SELECTOR LARGE CAP VALUE | | | | | | | | | |
| 30. - FIDELITY MID CAP VALUE | | | | | | | | | |
| 31. - FIDELITY MAGELLAN | | | | | | | | | |
| 32. - FIDELITY LOW PRICED STOCK | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 06/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33.   - PERKINS SMALL CAP VALUE CLASS T | | | | | | | | | |
| 34.   - FIDELITY CASH RESERVES | | | | | | | | | |
| 35.   IRA #4 | D | Dividend | M | T | | | | | |
| 36.   - FIDELITY CASH RESERVES | | | | | | | | | |
| 37.   - DODGE & COX STOCK | | | | | | | | | |
| 38.   - DREYFUS SMALL CAP STOCK INDEX | | | | | | | | | |
| 39.   - FIDELITY DIVERSIFIED INTERNATIONAL | | | | | | | | | |
| 40.   - FIDELITY MID CAP STOCK | | | | | | | | | |
| 41.   - FIDELITY VALUE | | | | | | | | | |
| 42.   - MERIDIAN CONTRARIAN FUND formerly known as MERIDIAN VALUE FUND | | | | | | | | | |
| 43.   - FIDELITY CONTRAFUND | | | | | | | | | |
| 44.   - FIDELITY STRATEGIC DIVIDEND & INCOME | | | | | | | | | |
| 45.   - FIDELITY STRATEGIC INCOME | | | | | | | | | |
| 46.   IRA #5 | A | Dividend | J | T | | | | | |
| 47.   - FIDELITY DIVERSIFIED INTERNATIONAL | | | | | | | | | |
| 48.   - FIDELITY CASH RESERVES | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 06/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 49. IRA #6 | A | Dividend | K | T | | | | | |
| 50. - NOVO NORDISK (NVO) | | | | | | | | | |
| 51. - FIDELITY CASH RESERVES | | | | | | | | | |
| 52. NEW YORK LIFE VARIABLE UNIVERSAL LIFE | | None | K | T | | | | | |
| 53. - MAINSTAY VP JANUS BALANCED PORTFOLIO - INITIAL CLASS | | | | | | | | | |
| 54. - MAINSTAY VP S&P 500 INDEX | | | | | | | | | |
| 55. - FIDELITY VIP CONTRAFUND | | | | | | | | | |
| 56. NEW YORK LIFE MODIFIED PREMIUM WHOLE LIFE INSURANCE | | None | J | T | | | | | |
| 57. NEW YORK LIFE WHOLE LIFE INSURANCE | | None | J | T | | | | | |
| 58. NEW YORK LIFE MODIFIED PREMIUM WHOLE LIFE INSURANCE | | None | J | T | | | | | |
| 59. NEW YORK LIFE WHOLE LIFE INSURANCE | | None | J | T | | | | | |
| 60. NEW YORK LIFE WHOLE LIFE INSURANCE | | None | L | T | | | | | |
| 61. NEW YORK LIFE MODIFIED PREMIUM WHOLE LIFE INSURANCE | | None | J | T | | | | | |
| 62. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 06/05/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 06/05/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary E. Hammond**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544